IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-00189-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     TIFFANY & COMPANY ROUND DIAMOND ENGAGEMENT RING;
2.     DIAMOND PENDANT;
3.     CASHIER'S CHECK: VL $35,000.00 REPRESENTING DOWN PAYMENT FOR
       2019 CADILLAC ESCALADE; and
4.     2017 LEXUS RX350, VIN # 2T2BZMCA9HC122847;

      Defendants.

---

## NOTICE OF COMPLAINT FOR FORFEITURE

---

      YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem*, seeking forfeiture of the above defendant assets.  (Doc. 1).

      If you wish to contest the forfeiture and assert an interest in any of the defendant assets, you must file a Claim with the Court by February 27, 2020, Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

     (1)    identify the specific property claimed;

     (2)    identify the claimant and state the claimant's interest in the property;

     (3)    be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Drug Enforcement Administration, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must then file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than 1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.  (Doc. 3).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 23rd day of January 2019.

Respectfully submitted,

JASON R DUNN
United States Attorney

By: s/*Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2019, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form with Instructions*, were mailed via regular and Certified Mail to:

Binh Huynh
3505 West Hamilton Place
Denver, CO 80236
**Cert # 7004 2510 0000 3547 2743**

Duyen Nguyen
3505 West Hamilton Place
Denver, CO 80236
**Cert # 7004 2510 0000 3547 2750**

Soan Nguyen
3075 West Ada Place
Denver, CO 80219
**Cert # 7004 2510 0000 3547 2705**

Soan Nguyen
2675 West Asbury Avenue
Denver, CO 80219
**Cert # 7004 2510 0000 3547 2767**

Soan Nguyen
9564 Joyce Way
Arvada, CO 80007
**Cert # 7004 2510 0000 3547 2774**

Capitol One Auto
P.O. Box 660068
Sacramento, CA 95866
**Cert # 7004 2510 0000 3547 2781**

Ryan Cox
Springer & Steinberg, P.C.
1600 Broadway #1200
Denver, CO 80202
Attorney for Binh Huynh and Duyen Nguyen
**Cert # 7015 0920 0001 7809 2766**

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office